UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X,

CAROLE SORELL,

                         Plaintiff,                               **RULE 7.1 STATEMENT**

- against -                                                  07-CV-6765 (J. CHIN)

NATIONAL RAILROAD PASSENGER CORP.,

                        Defendant.
------------------------------------------------------------------X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant National Railroad Passenger Corporation d/b/a Amtrak certifies that the following are parent companies, subsidiaries or affiliates of Amtrak which have any outstanding securities in the hands of the public:

> Amtrak, a corporation providing intercity passenger rail service, has no parent company. However, American Premiere Underwriters, Inc. and Burlington Northern Santa Fe Railroad Company own 10% or more of Amtrak's stock.

        These representations are made in order that the judges of this court may determine the need for recusal.

Dated:      New York, New York
               August 16, 2007

                                                   Respectfully submitted,

                                                   LANDMAN CORSI BALLAINE & FORD P.C.

                                       By:    _/s/ Mark S. Landman_____
                                                  Mark S. Landman (ML 7654)
                                                  Attorneys for Defendant Amtrak
                                                  120 Broadway, 27th Floor
                                                  New York, New York 10271-0079
                                                  (212) 238-4800

TO:  RICHARD A. ALTMAN
    285 West Fourth Street
    New York, New York 10014
    (917) 353-4077

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

    **MIRIAM DEIKUN**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at QUEENS, NEW YORK.

    That on the 16th day of August, 2007, deponent served the within **RULE 7.1 STATEMENT**

upon

        Richard A. Altman
        285 West Fourth Street
        New York, New York 10014

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                                                          Miriam Deikun

Sworn to before me this
16th day of August 2007

_____
      Notary

LAURIE EGAN
Notary Public, State of New York
No. 01EG5062768
Qualified in Orange County
Commission Expires Aug. 7, 2010