UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CAROLE SORELL,

        Plaintiff,                         **NOTICE OF APPEARANCE**

  - against -                             07 Civ. 6765 (J. CHIN)

NATIONAL RAILROAD PASSENGER CORP.,

        Defendant.
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that on behalf of defendant National Railroad Passenger Corporation a/k/a Amtrak, the undersigned attorney will appear as counsel of record.

**PLEASE TAKE FURTHER NOTICE** that all pleadings, papers and documents required to be served in this action upon the defendants should be served upon the undersigned.

Dated:    New York, New York
           August 29, 2007

                                Yours, etc.

                                LANDMAN CORSI BALLAINE & FORD P.C.

                  By:   /s/ Amanda Kaufman
                                Amanda Kaufman (AK 1202)
                                Attorneys for Defendant Amtrak
                                120 Broadway, 27th Floor
                                New York, New York 10271
                                (212) 238-4800

TO:     RICHARD A. ALTMAN
         285 West Fourth Street
         New York, New York 10014
         (917) 353-4077

447237.1 DocsNY

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NEW YORK )

     **Jelena Brigida**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at BROOKLYN, NEW YORK.

     That on the 29TH day of August, 2007, deponent served the within **NOTICE OF APPEARANCE**
upon
                 RICHARD A. ALTMAN
                 285 West Fourth Street
                 New York, New York 10014
                 (917) 353-4077

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                                                    _____
                                                    Jelena Brigida

Sworn to before me this
29TH day of August, 2007

_____
Notary

                                                    LAURIE EGAN
                                    Notary Public, State of New York
                                        No. 01EG5062768
                                     Qualified in Orange County
                                 Commission Expires Aug. 7, 2010