UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x

CAROLE SORELL,

             Plaintiff,

      -against-

NATIONAL RAILROAD PASSENGER
CORPORATION,

             Defendant.

--------------------------------------------------------x

             07 CV 6765 (DC)

      **STIPULATION OF DISCONTINUANCE**

     IT IS HEREBY STIPULATED AND AGREED that this action is hereby dismissed with

prejudice, with each side to bear its own costs and attorneys' fees.

Dated: New York, New York
       January 7, 2008

RICHARD A. ALTMAN
Attorney for Plaintiff
285 West Fourth Street
New York, New York 10014
212.633.0123

LANDMAN CORSI BALLAINE &.
   & FORD P.C.
Attorneys for Defendant
120 Broadway
New York, New York 10271
212.238.4800

SO ORDERED.

USDJ
2/8/08